IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEITH JAMES SEXTON,
     Plaintiff,

vs.                             Case No.: 5:15cv168/MMP/EMT

HECTOR LOPEZ, et al.,
     Defendants.
_____/

## **REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk.   Plaintiff

commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF

No. 1).  By order of this court dated June 21, 2016, Plaintiff was ordered to formally

serve Defendants in this action; he was also specifically reminded that it was his

responsibility to keep this court apprised of any change of address (ECF No. 8).  That

order as well as the summonses issued by the clerk were sent to the address provided

by Plaintiff, and they were returned as undeliverable (*see* ECF No. 10).  The order and

summonses were subsequently resent to Plaintiff's address and were again returned

with the remark "unable to forward" (*see* ECF No. 11), and there was no other activity

on the docket.  Therefore, on July 26, 2016, the court issued an order requiring

Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 12).  That order was also returned undeliverable (ECF No. 13).

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court informed as to his current address.

At Pensacola, Florida, this 11<u>th</u> day of August 2016.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.


Case No.: 5:15cv168/MMP/EMT