# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**KEITH JAMES SEXTON,**

    *Plaintiff,*

v.     **CASE NO. 5:15-cv-00168-MP-EMT**

**M ALEXANDER, ET AL.**

    *Defendants.*

_____/

## **O R D E R**

This matter is before the Court on ECF No. 14, the Report and Recommendation of Magistrate Judge. No objections were filed and the time for doing so has expired. The Court agrees that plaintiff has failed to keep the Court updated with his current address and has not filed anything in the case since November of 2015. Accordingly,

IT IS ORDERED:

The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein. The complaint is dismissed without prejudice for failure to keep the Court updated as to his address and failure to prosecute.

**SO ORDERED on November 2, 2016.**

        s/Mark E. Walker
        **United States District Judge**